March 6, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

VICKI O'KELLEY CRAFT, Appellant

NO. 14-11-00550-CV                    V.

CHARLIE A. SALVATO, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CHARLIE A. SALVATO, signed March 31, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, VICKI O'KELLEY CRAFT, to pay all costs incurred in this appeal.  We further order this decision certified below for observance.